**FILED**

FEB 06 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case Number: 24 CR 50007
Case Name: U.S. v. Matthew Kaufman

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

JUDGE JOHNSTON
MAGISTRATE JUDGE JENSEN

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☒  YES ☐ If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? NO ☒  YES ☐ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information? NO ☒  YES ☐ If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO ☒  YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Are any of the defendants also charged with a supervised release violation in the Western Division? NO ☒  YES ☐ If yes, please list the name of the case, the case number, and assigned judge.

6) Is this a transfer of probation supervision from another district to this District?  NO ☒  YES ☐

7) What level of offense is this indictment or information?  **FELONY** ☒  **MISDEMEANOR** ☐

8) **Does this indictment or information involve eight or more defendants?**  NO ☒  YES ☐

9) Does this indictment or information include a conspiracy count?  NO ☒  YES ☐

10) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ........ .............. (II) | ☐ Income Tax Fraud ............…….. (II) | ☐ DAPCA Controlled Substances …(III) |
| ☐ Criminal Antitrust ........... (II) | ☐ Postal Fraud ...................... (II) | ☐ Miscellaneous General Offenses. (IV) |
| ☐ Bank robbery... .............. (II) | ☐ Other Fraud ..................... (III) | ☐ Immigration Laws ..................... (IV) |
| ☐ Post Office Robbery ....... (II) | ☐ Auto Theft ...................... (IV) | ☐ Liquor, Internal Revenue Laws... (IV) |
| ☐ Other Robbery ........... (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws .................... (IV) |
| ☐ Assault .......... .............. (III) | ☐ Forgery ...................... (III) | ☐ Motor Carrier Act ........................ (IV) |
| ☐ Burglary ......... .............. (IV) | ☐ Counterfeiting ................. (III) | ☐ Selective Service Act ................ (IV) |
| ☐ Larceny and Theft .......... (IV) | ☒ Sex Offenses ..................... (II) | ☐ Obscene Mail ........................... (III) |
| ☐ Postal Embezzlement ....... (IV) | ☐ DAPCA Marijuana ............... (III) | ☐ Other Federal Statutes ............... (III) |
| ☐ Other Embezzlement ....... (III) | ☐ DAPCA Narcotics ................. (III) | ☐ Transfer of Probation Jurisdiction (V) |

11) List the statute of each of the offenses charged in the indictment or information.
Title 18, United States Code, Sections 2251(a), 2252A(a)(5)(b) and 2260A

*/s/ Jessica S. Maveus*

Jessica S. Maveus
Assistant United States Attorney