# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 3:24−cr−50007
Honorable Iain D. Johnston

Matthew Kaufman

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 28, 2024:

MINUTE entry before the Honorable Lisa A. Jensen as to Matthew Kaufman (1): The Court has reviewed the parties' status report [22]. By 10/28/2024, the parties shall file a joint status report updating the Court on the status of reviewing discovery and plea negotiations, if applicable. Without objection, time is hereby excluded from 08/27/2024 through 10/28/2024 under 18 U.S.C. § 3161(h)(7) (A) and (B)(iv). The Court finds that the ends of justice served by the exclusion of time outweigh the interests of the parties and the public in a speedy trial in order to allow the reasonable time necessary for effective preparation. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.