## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Western Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 3:24−cr−50007
Honorable Iain D. Johnston

Matthew Kaufman

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 4, 2024:

MINUTE entry before the Honorable Iain D. Johnston as to Matthew Kaufman: Status hearing held on 10/4/2024. More time is needed to review discovery. Telephonic status hearing set for 12/9/2024 at 1:30 PM. Counsel will receive an email prior to the start of the telephonic hearing with instructions to join the call. The defendant will be made available by way of the US Marshal. The call−in number is 888−557−8511 and the access code is 2660444. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Government's oral motion to exclude time is granted. Time is excluded from 10/4/2024 through 12/9/2024 under 18 U.S.C. § 3161(h)(7). (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.