# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Western Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 3:24−cr−50007
Honorable Iain D. Johnston

Matthew Kaufman

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 9, 2024:

    MINUTE entry before the Honorable Iain D. Johnston as to Matthew Kaufman: Status hearing held on 12/9/2024. Defendant was not present. An in−person status hearing is set for 1/23/2025 at 1:00 PM. Government's oral motion to strike the jury trial date is granted. The jury trial set for 4/7/2025 is stricken. Government's motion to exclude time is granted. Time is excluded from 12/9/2024 through 1/23/2025 under 18 U.S.C. § 3161(h)(7). (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.