# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Western Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Matthew Kaufman

Defendant.

Case No.: 3:24−cr−50007
Honorable Iain D. Johnston

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 23, 2025:

MINUTE entry before the Honorable Iain D. Johnston as to Matthew Kaufman: Status hearing held on 1/23/2025. The parties written status report shall be filed by 3/10/2025. Government's motion to exclude time is granted. Time is excluded from 1/23/2025 through 3/10/2025 under 18 U.S.C. § 3161(h)(7). (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.